UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS G. TAYLOR,

    Petitioner,

-vs-                                                Case No. 6:05-cv-1330-Orl-31KRS

SECRETARY, DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,

    Respondents.
_____

**ORDER**

Within fifteen days from the date of this Order, Respondents shall file the entire transcript from the evidentiary hearing held on Petitioner's motion to suppress on August 29, 2002. The Court notes that Respondents filed a portion of the transcript, which only contained the testimony of Petitioner; however, it appears that Agent Wenner, Agent Rittenhouse, and Julia Jensen also testified at the hearing.

**DONE AND ORDERED** at Orlando, Florida, on this 8th day of February, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 2/8
Counsel of Record
Douglas G. Taylor